USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-5-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                          -against-

Lacy Doyle,
-----------------------------------------------------------X

**ORDER**
16-CR-506 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

    The Oral Argument/Status Conference scheduled for May 8, 2017 is adjourned to **May 10, 2017** at **2:30 p.m.**

**SO ORDERED.**

Dated: New York, New York
       May 5, 2017

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE